**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **STEPHEN BITTNERS, et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | **Civil Action No.:** |
| **vs.** | } | **3:17-cv-143-MPM-JMV** |
| | } | |
| **BROWNING ARMS COMPANY,** | } | |
| | } | |
| **Defendant.** | } | |

## ORDER GRANTING JOINT MOTION TO STAY

The Court, having reviewed the Parties' Joint Motion to Stay, the court finds that the motion is well taken and, for good cause shown, finds that the motion should be granted.

IT IS HEREBY ORDERED that all applicable deadlines in above-captioned action are stayed for 30 additional days to allow the Parties to finalize the details of the settlement in principle and to file a Motion for Preliminary Approval of Settlement.

IT IS ALSO HEREBY ORDERED that if the Parties' are ultimately unable to reach a complete agreement through these settlement discussions, the Parties shall file a new proposed schedule with updated deadlines within (3) business days of the expiration of this extended stay. The new proposed schedule will address remaining discovery and class certification briefing deadlines in D.E. No. 28.

**IT IS SO ORDERED,** this 3rd day of July, 2018.


/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**