IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| STEPHEN BITTNERS, et al., | } |
| Plaintiff, | } |
| vs. | } Civil Action No.: |
| | } 3:17-cv-143-MPM-JMV |
| BROWNING ARMS COMPANY, | } |
| Defendant. | } |

## PLAINTIFF'S UNOPPOSED[1] MOTION FOR FINAL APPROVAL OF A CLASS ACTION SETTLEMENT AND CERTIFICATION OF THE SETTLEMENT CLASS

**COMES NOW** Plaintiff Stephen Bittners (hereinafter "Class Representative" or "Plaintiff") and hereby respectfully moves this Honorable Court to enter an Order granting final approval of a Class Action Settlement and Certification of the Settlement Class. In support thereof, Plaintiff would show unto the Court:

1. The Plaintiff and Class Counsel move this Honorable Court to enter an Order granting final approval of a Class Action Settlement and Certification of the Settlement Class.

2. As discussed more fully in the supporting memorandum brief, final approval of a Class Action Settlement and Certification of the Class is both unopposed by Browning Arms Company ("Browning" or "Defendant") and is warranted as the Class Settlement is fair, adequate and reasonable under the pertinent portions of the *Federal Rules of Civil Procedure* and supporting case law. Moreover, the Class Settlement satisfies the requirements set forth in Fed. R. Civ. P. Rule 23(a) and Fed. R. Civ. P. Rule 23(b)(3).

---

[1] Plaintiff received permission to file this motion unopposed from the Defendant's counsel. However, Defendant's counsel retained the right to file an opposition should Defendant's review of the instant motion and accompanying memorandum uncover some previously unforeseen issue.

3. In support of this *Unopposed Motion for Final Approval of a Class Action Settlement and Certification of the Settlement Class*, Plaintiff would rely upon his Memorandum Brief and incorporated exhibits, which is being filed contemporaneously with this Motion, and the Stipulation of Settlement, previously exhibited to Plaintiff's Motion for Preliminary Approval. [Dkt. 48-3].

**WHEREFORE**, Plaintiff and Class Counsel respectfully request that this Honorable Court enter an Order granting:

1. Final Approval of the proposed Settlement;
2. Certifying the Settlement Class; and
3. All further relief which this Honorable Court deems proper.

**RESPECTFULY SUBMITTED** on May 20, 2019.

        HENINGER GARRISON & DAVIS, LLC

By:   /s/ *Mark R. Ekonen*
      Mark R. Ekonen

      /s/ *Erik Heninger*
      Erik Heninger

Erik Heninger (MSB No. 100951)
Mark R. Ekonen (*Pro hac vice*)
W. Lewis Garrison (*Pro hac vice*)
James F. McDonough, III (*Pro hac vice*)
2224 1st Avenue North
Birmingham, Alabama 35203
(205) 326-3336 (phone)
(205) 326-3332 (facsimile)

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

                                                */s/ Mark R. Ekonen*
                                                Mark R. Ekonen